OPINION — AG — HOUSE BILL NO. 931 DEALS WITH: IT PURPORTS TO PLACE ADDITIONAL DUTIES UPON AND RAISE THE SALARIES OF THE COUNTY ATTORNEY AND THE COUNTY JUDGE IN COUNTIES "HAVING A STATE TRAINING SCHOOL FOR GIRLS AND A FOUR YEAR ACCREDITED COLLEGE." THESE QUALIFICATIONS CONFINE THE APPLICATION OF THE ACT TO POTTAWATOMIE COUNTY JUST AS CLEARLY AND SURELY AS IF THAT COUNTY HAD BEEN EXPRESSLY NAMED. THIS BILL IS UNCONSTITUTIONAL. CITE: ARTICLE V, SECTION 46, ARTICLE V, SECTION 59 (BURCK BAILEY)